In the Matter of the Accounting of EMILY MARX, as Committee of the Estate of THOMAS A. McHUGH, an Incompetent Veteran, Appellant. FRANK T. HINES, as Administrator of Veterans' Affairs, et al., Respondents.

Submitted November 27, 1946; decided January 16, 1947.

Motion by appellant for reargument of motion to dismiss appeal denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 747.]

GENERAL SYNOD OF REFORMED CHURCH IN AMERICA, Respondent, v. BONAC REALTY CORPORATION, Appellant, et al., Defendants.

Submitted January 6, 1947; decided January 16, 1947.

*Sidney J. Loeb* and *Leon Harris* for motion.
*George L. Allin* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, the moving papers are amended so as to comply with rule 21 (subd. b) of the rules of this court.